In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate FIRST

MORTGAGE GUARANTY AND TITLE COMPANY. In the Matter of the Application of BANKERS TRUST COMPANY, Respondent, Respecting Premises Located at No. 335–341 North Avenue, New Rochelle, New York; GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Appellant.— Order directing the Superintendent of Insurance to authorize the officers of the First Mortgage Guaranty and Title Company, and its subsidiary, Newlar Realty Corporation, to execute and deliver in the name of the latter corporation to the respondent a good and sufficient deed, conveying title to the property in question, etc., and also directing him to authorize the officers of said corporations to account to the respondent for the rents and profits of the property, affirmed, with ten dollars costs and disbursements. No opinion. The hearing on said account should be had on a date to be fixed by the Special Term to which the matter is remitted. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.